UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOBY KILLCREAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:13-cv-00101-CG-C |
| ) | |
| PERFORMANT RECOVERY, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW, Plaintiff Toby Killcreas and Defendant Performant Recovery, Inc., by and through their respective counsels of record, and do hereby request this Honorable Court to dismiss all claims in this matter asserted against this defendant, with prejudice, costs taxed as paid. In support of this joint motion, the parties show as follows:

1. The parties have resolved all claims asserted or assertable against the Defendant in this matter by separate agreement.

Respectfully Submitted,

_____          _____
Neal D. Moore, III                                         M. Brandon Walker
Setara C. Foster                                           Walker McMullan, LLC
Ferguson, Frost & Dodson, LLP                 242 West Valley Ave., Ste. 312
1400 Urban Center Drive, Suite 200          Birmingham, AL 35209
Birmingham, Alabama 35242                   *Counsel for Plaintiff*
*Counsel for Defendant*

{W0364386.1}