IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOBY KILLCREAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 13-0101-CG-C |
| | ) |
| PERFORMANT RECOVERY, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The parties having filed a joint stipulation of dismissal (Doc. 15) on September 9, 2013, it is **ORDERED** that this matter hereby is **DISMISSED WITH PREJUDICE**.  Each party shall bear his, or its own costs.

    **DONE and ORDERED** this 17th day of September, 2013.

                                       /s/  Callie V. S. Granade
                                       UNITED STATES DISTRICT JUDGE